JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/1/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAMOND D. MOORE,

    Petitioner,

vs.

A. HEDGPETH, Warden,

    Respondent.

Case No. CV 09-4324-SJO (RNB)

**JUDGMENT**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 29, 2009

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY